FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS P., | No. 4:26-cv-05004-RHW |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** |
| vs. | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | **ECF Nos. 10, 14** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 14, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney D. James Tree represents Plaintiff.  Attorney L. Jamala Edwards represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1.  The parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.

2.  The above-captioned case be **REVERSED** and **REMANDED** to the

ORDER - 1

Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions. On remand, the Appeals Council shall instruct the ALJ to:

- Reevaluate AR 97-4(9);

- Obtain evidence from a medical expert, preferably an ophthalmologist;

- Reevaluate the medical opinions and the prior administrative medical findings;

- Give further consideration to Plaintiff's maximum residual functional capacity;

- Offer Plaintiff the opportunity for a new hearing;

- Take any further action needed to complete the administrative record; and

- Issue a new decision.

ECF No. 14 at 1-2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Opening Brief, **ECF No. 10**, is **STRICKEN AS MOOT**.

ORDER - 2

5.     Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED July 31, 2026.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 3