FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**Jul 31, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| NICHOLAS P., <br><br> *Plaintiff* <br> v. <br> FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  4:26-cv-05004-RHW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Pursuant to the Order at ECF No. 15, Stipulated Motion for Remand pursuant to sentance four of 42 U.S.C. § 405(g) at ECF No. 14, is GRANTED. Plaintiff's Opening Brief, ECF No. 10, is STRICKEN AS MOOT.  This case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  ROBERT H. WHALEY

Date:  7/31/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*